# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# Baltimore District

IN RE:

Talisha D. Johnson
    Debtor(s)

Bankruptcy No. 20-15713
Chapter 13

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

    Now comes U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust by and through Law Offices of Jeffrey Nadel and Jeffrey Nadel, Esq. and Scott E. Nadel, Esq. and objects to the Chapter 13 Plan filed by the debtor, and as grounds therefore states as follows:

    1. That the debtor herein filed a Voluntary Petition for Relief under Chapter 13 of Title 11 of the U.S. code on or about June 2, 2020, thus initiating case number 20-15713.

    2. That U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust is the holder of a 1st Trust lien on the subject property, 3838 Sinclair Lane, Baltimore, MD 21213 and further known as tax ID # 26-33-4179S-304 in Baltimore City, Maryland.

    3. That U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust filed a Proof of Claim for its lien on June 18, 2020 wherein they set forth a pre-petition claim in the amount of $34,807.73.

    4. That the debtor has filed a Plan which calls for payment to U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust of pre-petition arrearages in the amount of $25,000.00, thus unjustifiably reducing the rightful and timely filed claim of U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust.

    5. That no objection to the said proof of claim has been filed and therefore the claim is presumed to be valid and in the amount stated.  11 USC § 502(a); Bankruptcy Rule 3001(f).

    6. That therefore the plan is unfeasible and cannot be confirmed as a matter of law unless amended to provide for curing of the arrearage claim of U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust and to provide adequate funding for all payments, which are required to be made under the plan.

    WHEREFORE, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust prays that the Chapter 13 Plan as filed by the debtor be DENIED confirmation.

LAW OFFICES OF
JEFFREY NADEL
4041 POWDER MILL ROAD
SUITE 200
CALVERTON, MD 20705
240-473-5000

FILE NUMBER: 23441

LAW OFFICES OF JEFFREY NADEL

By: /s/ Jeffrey Nadel
Jeffrey Nadel 01526
4041 Powder Mill Road, Suite 200
Calverton, Maryland 20705
240-473-5000
jeff@lojnlaw.com
Attorney for U.S. Bank Trust, N.A., as Trustee
for LSF10 Master Participation Trust

By: /s/ Scott E. Nadel
Scott E. Nadel 16027
4041 Powder Mill Road, Suite 200
Calverton, Maryland 20705
240-473-5000
scottnadel@lojnlaw.com
Attorney for U.S. Bank Trust, N.A., as Trustee
for LSF10 Master Participation Trust

**Certificate of Service**

I hereby certify this 19th day of June, 2020 that a copy of the foregoing Objection was mailed, postage prepaid, first class, to the following:

Talisha D. Johnson
3838 Sinclair Lane
Baltimore, MD 21213

Office of U.S. Trustee
101 W. Lombard Street
Room 2650
Baltimore, MD 21201

The following parties have been served via ECF:

| | |
|---|---|
| Jeffrey M. Sirody, Esquire | Rebecca A. Herr, Trustee |
| 1777 Reisterstown Road, Suite 360 E | 185 Admiral Cochrane Dr., Suite 240 |
| Baltimore, MD 21208 | Annapolis, MD 21401 |

/s/ Scott E. Nadel
Scott Nadel

LAW OFFICES OF
JEFFREY NADEL
4041 POWDER MILL ROAD
SUITE 200
CALVERTON, MD 20705
240-473-5000

FILE NUMBER: 23441